UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL A. BURGIO, Sr.**  )<br>  Plaintiff                            )<br>                                              )<br>v.                                          )<br>                                              )<br>**CASHCALL, INC.** and            )<br>**EXPERIAN INFORMATION**  )<br>**SOLUTIONS, INC.**                )<br>  Defendants                        )<br>                                              )<br>                                              )<br>_____ ) | CASE NUMBER:<br>3:10-cv-00917-SRU<br><br><br><br><br><br><br><br><br><br><br>AUGUST 18, 2010 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Michael A. Burgio, Sr., through his attorney, and the defendants, Experian Information Solutions, Inc. and CashCall, Inc., through their attorneys, hereby stipulate that all claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, MICHAEL A. BURGIO, Sr.

By: /S/Daniel S. Blinn_____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457
dblinn@consumerlawgroup.com
mgraeber@consumerlawgroup.com

DEFENDANT, Experian Information Solutions, Inc.

By /s/ Ann H. Rubin
Ann H. Rubin (ct04486)
Carmody & Torrance, LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Tel: (203) 573-1200
Fax: (203) 575-2600
arubin@carmodylaw.com
And
Michael Fluhr
JonesDay
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3883
Fax: (212) 755-7306
MJFluhr@JonesDay.com

## **CERTIFICATION**

I hereby certify that on this 18th day August, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn